ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :     JUDGE PRESKA

    - v. -                         :     **NOTICE OF INTENT TO**
                                         **FILE AN INFORMATION**
RAFAEL RIVERA,                     :

        Defendant.             :

- - - - - - - - - - - - - - - - x

        **07 CRIM 1222**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        December 18, 2007

            MICHAEL J. GARCIA
            United States Attorney

      By: _____
           William J. Harrington
           Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/07

      AGREED AND CONSENTED TO:

      By: _____
           Jeremy Schneider, Esq.
           Attorney for Rafael Rivera

12/20/07 WHEEL A

TOTAL P.02