JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :    INFORMATION
     - v. -                   :
                              :    07 CRIM 1222
RAFAEL RIVERA,                :
     a/k/a "Arturito,"        :
                              :
          Defendant.          :
                              :
- - - - - - - - - - - - - - - x



## COUNT ONE

The United States Attorney charges:

In or about October 2007, in the Southern District of New York and elsewhere, RAFAEL RIVERA, a/k/a "Arturito," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been removed and deported from the United States subsequent to a conviction for the commission of a felony, to wit, a conviction on or about December 11, 2002 in New York Supreme Court, Bronx County, of Criminal Possession of a Loaded Firearm in the Third Degree, in violation of New York Penal Law 265.02(4), without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(1).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

RAFAEL RIVERA,
    a/k/a "Arturito,"

        Defendant.

## INFORMATION

07 Cr.

8 U.S.C. § 1326(a) & (b)(1)

        MICHAEL J. GARCIA
        United States Attorney.

*[Handwritten notes: 12/26/07 Fld Inf & Waiver of Ind. AUSA Bill Harrington pres. Deft Rafael Rivera pres. Deft Plead N/G to Inf. T/E 1/15/08 Deft cont detained. Mag Judge Dolinger]*