

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2008

**BY HAND**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  United States v. Rafael Rivera,
          07 Cr. 1222 (LAP)

Dear Judge Preska:

①     I write to confirm the adjournment of the pretrial conference in the above reference matter to March 31, 2008 at 2:00 pm.

②     The Government also requests that the Court exclude time from today until March 31, 2008 pursuant to the Speedy Trial Act. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendants in a speedy trial because the exclusion affords the parties continued time to consider a pre-trial disposition of this matter and thus helps ensure the effective assistance of

March 13, 2008

So ordered
Loretta A Preska
USDJ

The Honorable Loretta A. Preska
March 10, 2008
Page 2

counsel.  Annie Cantor, counsel for the defendant, consents to this request.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

                         By:  _____
                                      William J. Harrington
                                      Assistant U.S. Attorney
                                      (212) 637-2331

cc by fax:     Annie Cantor, Esq.
               212-571-5507