

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 28, 2008

**BY HAND**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
MAR 31 2008
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

    Re:  United States v. Rafael Rivera,
          07 Cr. 1222 (LAP)

Dear Judge Preska:

(1)     I write to confirm the adjournment of the pretrial conference in the above reference matter to June 2, 2008 at 10am.

(2)     The Government also requests that the Court exclude time from today until June 2, 2008 pursuant to the Speedy Trial Act. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendants in a speedy trial because the exclusion affords the parties continued time to continue their discussion and work towards pre-trial disposition of this matter, thus helping ensure the effective assistance of counsel. Anne Cantor, counsel for the defendant, consents to this request.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
April 2, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *William Harrington*
William J. Harrington
Assistant U.S. Attorney
(212) 637-2331

cc by fax:    Anne Cantor, Esq.
              212-571-5507