



LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

U.S. Department of Justice

United States Attorney
Southern District of New York



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2008

**BY HAND**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

    Re:  United States v. Rafael Rivera,
          07 Cr. 1222 (LAP)

Dear Judge Preska:

    (1) I write to confirm the adjournment of the pretrial conference in the above referenced matter to September 9, 2008 at 2 p.m.

    (2) The Government also requests that the Court exclude time from today until September 9, 2008 pursuant to the Speedy Trial Act. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendants in a speedy trial because the exclusion affords the parties continued time to continue their discussions and work towards pre-trial disposition of this matter, thus helping ensure the effective assistance of counsel. Jeremy Schneider, counsel for the defendant, consents to this request.

                                   Respectfully submitted,

                                   MICHAEL J. GARCIA
SO ORDERED                     United States Attorney

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
                         By:  */s/ William J. Harrington*

June 3, 2008                      William J. Harrington
                                     Assistant U.S. Attorney
                                     (212) 637-2331

cc by fax:   Jeremy Schneider, Esq.
              212-571-5507